ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 6:06-mj-0101 |
| Plaintiff, ) | ORDER TO DENY DEFENDANT'S MOTION TO SUPPRESS |
| v. ) | |
| LINH NGUYEN, ) | Date: November 20, 2006 |
| Defendant. ) | Time: 10:00 a.m. Courtroom: U.S. Magistrate Judge: Hon. William M. Wunderlich |

For the reasons stated in the United States Government Response in Opposition to Defendant's Motion to Suppress the United States Government, through its representative Elizabeth Waldow, respectfully requests that the Defendant's Motion to Suppress be denied.

1

Respectfully submitted,

Dated: November 21, 2006          /s/Elizabeth Waldow
                                   Elizabeth Waldow
                                   National Park Service

## ORDER

It is so ordered.

Date: 11-28-06                    [signature]

The Hon. William M. Wunderlich
Magistrate Judge for the
Eastern District of California